L R Civ P 83.6 Form (06/08/2018)
L R Cr P 44.6  Form (06/08/2018)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
AT **CHARLESTON**

Benny Fitzwater, Clarence Bright, Terry Prater, Emmet Casey, Jr., Connie Z. Gilbert, Allan H. Jack, Sr., and Robert H. Long

**V.**

CONSOL Energy, Inc., Consolidation Coal Co., Fola Coal Co., CONSOL Buchanan Mining Co., LLC, CONSOL Pennsylvania Coal Co., LLC, CONSOL of Kentucky, Inc., and Kurt Salvatori

**STATEMENT OF VISITING ATTORNEY AND DESIGNATION OF LOCAL COUNSEL**

**CIVIL ACTION NUMBER** 2:16-cv-9849

Consolidated with Civil Action No. 1:17-cv-03861

Alexis E. Bates, Jenner & Block, LLP

*Name of Visiting Attorney and firm name*

IL  6308555

*State Bar ID number*

Defendants CONSOL Energy, Inc., Consolidation Coal Co., Fola Coal Co., CONSOL Buchanan Mining Co., LLC, CONSOL Pennsylvania Coal Co., LLC, CONSOL of Kentucky, Inc., and Kurt Salvatori

*Name of party represented*

Bar of the Supreme Court of Illinois, Supreme Court Building, 200 E. Capitol, Springfield, IL 62701.

*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

Jenner & Block, LLP, 353 North Clark Street, Chicago, IL 606054

*Visiting Attorney's office address*

312-840-7577

*Visiting Attorney's office telephone number*

312-527-0484

*Office fax number*

abates@jenner.com

*Email address*

Michael D. Mullins, Steptoe & Johnson PLLC

*Name of Sponsoring Attorney and firm name*

WV  7754

*WV Bar ID number*

707 Virginia Street East, 17th Floor, Charleston, West Virginia 25301

*Sponsoring Attorney's office address*

304-353-8000

*Sponsoring Attorney's office telephone number*

304-353-8180

*Office fax number*

michael.mullins@steptoe-johnson.com

*Email address*

PAGE 1 of 2 PAGES

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that upon the filing of this statement, I will pay the West Virginia State Bar its prescribed pro hac vice fee for this case, and will comply with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

| 06/18/2020 | Alexis E. Bates |
|---|---|
| *Date* | *Signature of Visiting Attorney* |



## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

| 06/18/2020 | /s/ Michael D. Mullins (WVSB # 7754) |
|---|---|
| *Date* | *Signature of Sponsoring Attorney* |

## ** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at **www.wvsd.uscourts.gov** under **CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV** for guidance. Specific requirements regarding logins and passwords and the registration process may be found at **Section 6.  E-File Registration**.