IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

| | | |
|---|---|---|
| BENNY FITZWATER, CLARENCE BRIGHT, and TERRY PRATER, on behalf of themselves and others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 2:16-cv-9849 |
| v. | ) ) | Hon. John T. Copenhaver |
| CONSOL ENERGY, INC., CONSOLIDATION COAL CO., FOLA COAL CO., LLC, CONSOL OF KENTUCKY, INC. and KURT SALVATORI, | ) ) ) ) | |
| Defendants. | ) ) | |
| EMMETT CASEY, JR., CONNIE Z. GILBERT, ALLAN H. JACK SR., and ROBERT H. LONG, on behalf of themselves and others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:17-cv-3861 |
| CONSOL ENERGY, INC., CONSOLIDATION COAL CO., CONSOL PENNSYLVANIA COAL CO., LLC, and KURT SALVATORI, | ) ) ) ) | Hon. John T. Copenhaver |
| Defendants. | ) | |

**NOTICE OF DEPOSITION FOR KIRBY HALL**

PLEASE TAKE NOTICE that Defendants will take the deposition of corroborating witness Kirby Hall on December 8, 2020, at 8:00 a.m. Central/9:00 a.m. Eastern.

PLEASE TAKE FURTHER NOTICE THAT this deposition will be conducted remotely, pursuant to Federal Rule of Civil Procedure 30(b)(4), using audio-visual conference technology. The court reporter will record electronically the deposition from a location separate from the witness. Counsel for the parties and their clients will be participating from various, separate locations. The court reporter, who is a qualified officer authorized to administer oaths, will

administer the oath to the witness remotely.

The witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera. Each participating attorney may be visible to all other participants, and their statements will be audible to all participants. All exhibits will be provided simultaneously and electronically to the witness and all participants.

Counsel for all parties will be required to stipulate on the record that they consent to this manner of deposition and that they waive any objections to this manner of deposition, including any objection to the admissibility at trial of this testimony based on this manner of deposition.

The deposition shall continue during usual business hours until completed.

This deposition will be used for any purpose allowed under the Federal Rules of Civil Procedure in the trial of the above-captioned matter.

You may attend to protect your interests as they appear herein.

Dated: December 1, 2020

Respectfully submitted,
CONSOL ENERGY INC.,
CONSOLIDATION COAL COMPANY,
FOLA COAL COMPANY, LLC, and
KURT SALVATORI,

By: */s/ Michael D. Mullins*
One of Defendants' Attorneys

Michael D. Mullins
STEPTOE & JOHNSON PLLC
707 Virginia Street East, 17th Floor
Charleston, West Virginia 25301
T: (304) 353-8000
F: (304) 353-8180
michael.mullins@steptoe-johnson.com

Joseph J. Torres (admitted *pro hac vice*)
Emma J. O'Connor (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
T: (312) 840-8685
jtorres@jenner.com

2

# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| BENNY FITZWATER, CLARENCE BRIGHT, and TERRY PRATER, on behalf of themselves and others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 2:16-cv-9849 |
| v. | ) ) ) | Hon. John T. Copenhaver |
| CONSOL ENERGY, INC., CONSOLIDATION COAL CO., FOLA COAL CO., LLC, CONSOL OF KENTUCKY, INC. and KURT SALVATORI, | ) ) ) ) | |
| Defendants. | ) ) | |
| EMMETT CASEY, JR., CONNIE Z. GILBERT, ALLAN H. JACK SR., and ROBERT H. LONG, on behalf of themselves and others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:17-cv-3861 |
| CONSOL ENERGY, INC., CONSOLIDATION COAL CO., CONSOL PENNSYLVANIA COAL CO., LLC, and KURT SALVATORI, | ) ) ) ) | Hon. John T. Copenhaver |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Defendants, hereby certifies that on December 1, 2020, he caused a true and correct copy of the foregoing **Notice of Deposition** to be served via electronic mail upon counsel for Plaintiffs, as follows:

Samuel B. Petsonk
Petsonk PLLC
P.O. Box 1045
Beckley, WV  25802
sam@petsonk.com

Bren J. Pomponio
Aubrey Sparks

Mountain State Justice, Inc.<br>
1031 Quarrier Street, Suite 200<br>
Charleston, WV 25301<br>
bren@msjlaw.org<br>
Aubrey@msjlaw.org

                                                      */s/ Michael D. Mullins*  
                                 Michael D. Mullins (WVSB No. 7754)  
                                 STEPTOE & JOHNSON PLLC  
                                 707 Virginia Street East, 17th Floor  
                                 Charleston, West Virginia  25301  
                                 T: (304) 353-8000  
                                 F: (304) 353-8180  
                                 michael.mullins@steptoe-johnson.com