UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

BENNY FITZWATER and CLARENCE
BRIGHT, and TERRY PRATER, and
EMMET CASEY, JR., and CONNIE Z.
GILBERT, and ALLAN H. JACK, SR.,
and ROBERT H. LONG,

       Plaintiffs,

v.                                    Civil Action No. 2:16-cv-09849

CONSOL ENERGY, INC., and              Consolidated with:
CONSOLIDATION COAL CO., and           Civil Action No. 1:17-cv-03861
FOLA COAL CO., LLC, and
CONSOL OF KENTUCKY, INC., and
and CONSOL PENNSYLVANIA COAL CO.,
LLC, and KURT SALVATORI,

       Defendants.

ORDER

       Pursuant to Local Rule 52.1, it is hereby ORDERED that the proposed findings of fact and conclusions of law, due on this day, be filed and made part of the record.

       The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

       ENTER: January 19, 2021

_____
John T. Copenhaver, Jr.
Senior United States District Judge