IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**BENNY FITZWATER, CLARENCE BRIGHT, TERRY PRATER, EMMET CASEY, JR., CONNIE Z. GILBERT, ALLAN H. JACK, SR., and ROBERT H. LONG, on behalf of themselves and others similarly situated,**

 **Plaintiffs,**

v.

**CONSOL ENERGY, INC., CONSOLIDATION COAL CO., FOLA COAL CO., LLC, CONSOL OF KENTUCKY, INC., CONSOL PENNSYLVANIA COAL CO., LLC, and KURT SALVATORI,**

 **Defendants.**

**Civil Action No. 2:16-cv-09849**
**Consolidated with:**
**Civil Action No. 1:17-cv-03861**
**(Hon. John T. Copenhaver, Jr.)**

### NOTICE OF EVIDENTIARY DEPOSITION OF DORIS JESSO

**PLEASE TAKE NOTICE** that the counsel for Plaintiffs will take a recorded Evidentiary Deposition of Doris Jesso on **Thursday, February 4, 2021 at 3:00 pm EST** before a Court Reporter via ZOOM Videoconference, at which time and place you are invited to attend to protect your interests.

 **BENNY FITZWATER, CLARENCE BRIGHT, TERRY PRATER, EMMET CASEY, JR., CONNIE Z. GILBERT, ALLAN H. JACK, SR., and ROBERT H. LONG, on behalf of themselves and others similarly situated,**

 **BY COUNSEL.**

/s/ Bren J. Pomponio
Bren J. Pomponio (WVSB #7774)
Laura Davidson (WVSB # 13832)
MOUNTAIN STATE JUSTICE, INC.
1217 Quarrier Street
Charleston, WV 25301
(304) 304-344-3144
(304) 344-3145 (fax)


Samuel B. Petsonk (WVSB # 12418)
Petsonk PLLC
PO Box 1045
Beckley, WV 25802
(304) 900-3171
(304) 986-4633 (fax)
sam@petsonk.com

(*Counsel for Plaintiffs*)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

**BENNY FITZWATER, CLARENCE BRIGHT, TERRY PRATER, EMMET CASEY, JR., CONNIE Z. GILBERT, ALLAN H. JACK, SR., and ROBERT H. LONG, on behalf of themselves and others similarly situated,**

    **Plaintiffs,**

v.                                         **Civil Action No. 2:16-cv-09849**
                                             **Consolidated with:**
                                             **Civil Action No. 1:17-cv-03861**
                                             **(Hon. John T. Copenhaver, Jr.)**

**CONSOL ENERGY, INC., CONSOLIDATION COAL CO., FOLA COAL CO., LLC, CONSOL OF KENTUCKY, INC., CONSOL PENNSYLVANIA COAL CO., LLC, and KURT SALVATORI,**

    **Defendants.**

## CERTIFICATE OF SERVICE

The undersigned, counsel for Plaintiffs, does hereby certify on this **3rd day** of **February 2021**, that a true copy of the foregoing *"**NOTICE OF EVIDENTIARY DEPOSITON OF DORIS JESSO,**"* was electronically filed with the Clerk of Courts of the Court using the CM/ECF system which will send notification of such filing to the counsel listed below:

Michael D. Mullins
STEPTOE & JOHNSON PLLC
707 Virginia Street East -17th Floor
Charleston, West Virginia 25301
(304) 353-8000
michael.mullins@steptoe-johnson.com

Joseph J. Torres (admitted pro hac vice)
Alexis E. Bates (admitted pro hac vice)
Emma J. O'Connor (admitted pro hac vice)
Katherine M. Funderburg (admitted pro hac vice)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
(312) 840-8685
JTorres@jenner.com

 /s/ Bren J. Pomponio
Bren J. Pomponio (WVSB #7774)
Laura Davidson (WVSB # 13832)
MOUNTAIN STATE JUSTICE, INC.
1217 Quarrier Street
Charleston, WV 25301
(304) 304-344-3144
(304) 344-3145 (fax)